# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0272. BRANDON CASEY EISENBERG v. THE STATE.**

In 2013, Brandon Eisenberg pled guilty to possession of cocaine and possession of a firearm during the commission of a felony, and was sentenced as a first offender to seven years of probation. However, on December 19, 2019, the trial court revoked Eisenberg's probation. He then filed a timely discretionary application in this Court. See OCGA § 5-6-35 (a) (5). The State has moved to dismiss Eisenberg's application on the ground that it is premature because his motion for new trial, filed prior to his discretionary application, remains pending below. We agree.

The order complained of will not be ripe for appellate review until the trial court has disposed of the motion for new trial. And there is no indication that the trial court has ruled on the motion. The State's motion to dismiss is GRANTED, and this application is hereby DISMISSED as premature. Eisenberg may refile his application within 30 days after an order is entered on his motion for new trial. See *Wells v. State*, 236 Ga. App. 607, 608 (512 SE2d 711) (1999).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/06/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.